R. Gordon McNeil, Appellant, v. The Board of Supervisors of the County of Suffolk and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion, Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

Louis H. Meht, Respondent, v. Lena Meht, Appellant.— Judgment affirmed, without costs. No opinion. Hirschberg, P. J., Woodward, Rich and Miller, JJ., concurred; Jenks, J., taking no part.

John Miller, Appellant, v. John M. Gardner, Respondent.— Judgment affirmed, with costs. No opinion. Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.

John Morgan, an Infant, by Mary Morgan, His Guardian ad Litem, Respondent, v. The Long Island Railroad Company and The Degnon Contracting Company, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Jenks, Gaynor and Burr, JJ.

August Newman, Respondent, v. Bay Ridge Dairy Company, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred;

Peter Petersen, Respondent, v. New York Contracting Company — Pennsylvania Terminal, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Gaynor, Rich and Miller, JJ.

Elizabeth Pine, Respondent, v. Nina Hayes, Appellant, Impleaded with Royal L. Wolcott and Deborah J. Wolcott, His Wife, Defendants.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

The People of the State of New York, Respondent, v. Francisco Della Badia, Appellant.— Judgment of the County Court of Westchester county affirmed. No opinion. Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.

The People of the State of New York, Respondent, v. Aniello Tucci, Appellant.— Judgment of the County Court of Westchester county affirmed. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

The People of the State of New York ex rel. Maie A. Hope, Relator, v. Charlton Industrial Farm School, Appellant, Impleaded with Oliver Kipp and George Valentine, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Jenks, Gaynor and Miller, JJ., concurred.

The People of the State of New York ex rel. George A. Mencke, Relator, v. Theodore A. Bingham, as Police Commissioner of the City of New York, Respondent.— Determination of the respondent annulled, with fifty dollars costs and disbursements, and the relator reinstated on the authority of *People ex rel. Jordan* v. *Martin* (152 N. Y. 311) and *People ex rel. Clancy* v. *Bingham* (123 App. Div. 226). Hirschberg, P. J., Woodward, Jenks, Gaynor and Miller, JJ., concurred.

Albert W. Sanbern, Appellant, v. The Brooklyn Heights Railroad Company, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.